IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Cordillera Golf Club, LLC,[1]<br>   dba The Club at Cordillera,<br><br>                 Debtor | Chapter 11<br><br>Case No. 12-11893 (CSS)<br><br>Hearing Date: July 19, 2012 at 2:00 p.m. (ET)<br>Objection Deadline: July 12, 2012 at 4:00 p.m. (ET) |

## NOTICE OF MOTION OF THE DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363(C), 364(C), 364(D), AND 364(E) AND FED. R. BANKR. P. 2002, 4001 AND 9014 (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SECURED FINANCING, (II) GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) GRANTING ADEQUATE PROTECTION TO PRE-PETITION SECURED PARTIES, (IV) AUTHORIZING THE USE OF CASH COLLATERAL AS PROVIDED HEREIN, AND (V) SCHEDULING A FINAL HEARING

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) THE DEBTOR'S TWENTY (20) LARGEST UNSECURED CREDITORS; (III) COUNSEL TO THE PREPETITION LENDERS; (IV) THE VENDORS; (V) THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION; (VI) COUNSEL TO THE DIP LENDER; AND (VII) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002

        **PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") filed the attached **Motion of the Debtor for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c), 364(d), and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtor to Obtain Post-Petition Secured Financing, (II) Granting Security Interests and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Pre-Petition Secured Parties, (IV) Authorizing the Use of Cash Collateral as Provided Herein, and (V) Scheduling a Final Hearing** (the "Motion").

        **PLEASE TAKE FURTHER NOTICE** that any objections to the attached Motion must be filed on or before **July 12, 2012 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon the proposed undersigned counsel to the Debtor so as to be received on or before the Objection Deadline.

---

[1] The Debtor in this chapter 11 case, and the last four digits of its employer tax identification number, is: XX-XXX1317. The corporate headquarters address for the Debtor is 97 Main Street, Suite E202, Edwards, CO 81632.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JULY 19, 2012 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: Wilmington, Delaware
　　　　July 2, 2012

FOLEY & LARDNER LLP
Christopher Celentino (CA No. 131688)
Mikel Bistrow (CA No. 102978)
Erika Morabito (VA No. 44369)
402 West Broadway, Suite 2100
San Diego, California 92101
Telephone: (619) 234-6655
Facsimile: (619) 234-3510

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Donald J. Bowman, Jr.*
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
1000 N. King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtor and Debtor in Possession