# Notice Recipients

District/Off: 0311−1     User: Leslie     Date Created: 7/19/2012
Case: 12−11893−CSS     Form ID: ntcBK     Total: 11

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Donald J. Bowman, Jr. | bankfilings@ycst.com |
| aty | Joseph M. Barry | bankfilings@ycst.com |
| aty | Matthew J. Riopelle | mriopelle@foley.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Cordillera Golf Club, LLC | 97 Main Street    Suite E202    Edwards, CO 81632 |
| aty | Brittany J. Nelson | Foley &Lardner LLP    3000 K Street NW, Suite 600    Washington, DC 20007 |
| aty | Christopher Celentino | Foley &Lardner, LLP    402 West Broadway    Suite 2100    San Diego, CA 92101−3542 |
| aty | Dawn A. Messick | Foley &Lardner, LLP    402 West Broadway    Suite 2100    San Diego, CA 92101−3542 |
| aty | Erika Morabito | Foley &Lardner LLP    3000 K Street, N.W.    Suite 600    Washington, DC 20007 |
| aty | Kathryn M.S. Catherwood | Foley &Lardner, LLP    402 West Broadway    Suite 2100    San Diego, CA 92101−3542 |
| aty | Mikel R Bistrow | Foley &Lardner, LLP    402 West Broadway    Suite 2100    San Diego, CA 92101−3542 |

TOTAL: 7